**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cr-0011** |
| **v.** | ) | |
| | ) | |
| **JESUS DEL ROSARIO RONDON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated September 23, 2026, recommending that the Defendant's plea of guilty to Count One of the Indictment, to wit: Reentry of a Removed Alien, in violation of Title 8, United States Code, Section 1326(a) and (b)(2), be accepted, and the defendant be adjudged guilty. (Dkt. No. 63.) After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, Dkt. No. 63, is **ADOPTED**. Defendant Jesus Del Rosario Rondon's plea of guilty to Count One of the Indictment is **ACCEPTED**, and that Jesus Del Rosario Rondon is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **November 20, 2026**; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **December 4, 2026**; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **December 18, 2026**; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **January 8, 2027**; it is further

**ORDERED** that a sentencing hearing shall be held on **January 20, 2027, at 9:00 a.m. in STT Courtroom No. 3.**

**Dated:** October 7, 2026

*/s/Robert A. Molloy*
**ROBERT A. MOLLOY**
**CHIEF JUDGE**